IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : |
| MICHELLE TAYLOR, Administrator c/t/a of the Estate of Ronald Taylor and Marie Taylor<br>(Plaintiff) | : : : : : : : |
| v. | : : |
| GENERAL ELECTRIC COMPANY, et al.<br>(Defendants) | : : : : |

CIVIL ACTION NO.: 12-cv-60048

**FILED**

MAY 30 2013

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 29th day of May, 2013, upon consideration of "Plaintiff's Motion to Enforce Settlement Agreement" (Doc. 35), Defendant's Response (Doc. 37) thereto, and the Report and Recommendation of U.S. Magistrate Judge David R. Strawbridge,[1] it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. "Plaintiff's Motion to Enforce Settlement" is **DENIED.**

BY THE COURT:

_____
EDUARDO C. ROBRENO   J.

---

[1] No objections were filed.